ACCEPTED
04-15-00107-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/15/2015 3:10:10 PM
KEITH HOTTLE
CLERK

## No. 04-15-00107-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/15/2015 3:10:10 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

**JUSTIN V. HAYNES,**
APPELLANT

**V.**

**ALICIA BRYAN HAYNES,**
APPELLEE

On Appeal from Cause No. 2012-Cl-14023, In the 166th Judicial District Court of Bexar County, Texas, Honorable David Canales, Presiding

UNOPPOSED MOTION TO ABATE APPEAL OR TO EXTEND TIME
TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Justin V. Haynes respectfully requests that this appeal be abated or the time to file his brief be extended until 30 days after the proceedings conclude in the trial court and the complete appellate record is filed in this Court. This is his first request for an extension of time to file his brief. The requested extension is unopposed.

## I.

This appeal initially arose from the March 3, 2015 judgment rendered by the trial court. The notice of appeal was filed on February 16, 2015. The Clerk's Record was filed on May 5, 2015. The Reporter's Record was filed on May 4, 2015 and June 16, 2015. Appellant's brief is due to be filed by July 16, 2015.

However, the trial court rendered a Modified Judgment on June 16, 2015. As a result, Appellant filed his Request for Findings of Fact and Conclusions of Law on July 6, 2015, and his Motion to Modify Judgment and Motion for New Trial on July 7, 2015. Those motions remain pending in the trial court. Because the request for findings and conclusions and the pending motions might affect the pending appeal, or render it altogether moot, and the parties will be supplementing the current appellate record to include the Reporter's Record from the June 5, 2015 hearing and the additional filings that resulted in the Modified Judgment as well as the filings subsequent to the trial court's rendering on of the Modified Judgment, Appellant respectfully requests that this appeal be abated or the deadline for filing his brief be extended until 30 days after the trial court proceedings conclude and the complete appellate record is filed in this Court.

## II.

The requested abatement and extension are not sought for purposes of delay. Rather, this request is made to ensure that the issues raised in this appeal are presented to this Court in the most efficient and expeditious manner possible.

## III.

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for Appellee, who stated that Appellee is not opposed to the relief sought in this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant Justin V. Haynes respectfully requests that the Court grant his motion to abate this appeal or to extend the time in which to file his brief and abate this appeal or extend the current deadline for filing his brief up to and including 30 days after the trial proceedings conclude and the complete appellate record is filed in this Court, and such other and further relief to which he is justly and equitably entitled.

Respectfully submitted,

_/s/ Ryan G. Anderson_

Ryan G. Anderson
State Bar No. 00783546
LAW OFFICES OF RYAN G. ANDERSON, PLLC
115 E. Travis, Suite 1403
San Antonio, Texas 78205
(210) 399-0198
(210) 855-5050 (Facsimile)
ryan@rgalawpc.com

RICHARD R. ORSINGER
State Bar No. 15322500
ORSINGER, NELSON, DOWNING &
ANDERSON  L.L.P.
310 S. St. Mary's, Suite 1717
San Antonio, Texas 78205
(210) 225-5567 Telephone
(210) 267-7777 Telecopier
richard@ondafamilylaw.com

ATTORNEYS FOR APPELLANT
 JUSTIN V. HAYNES

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on July 15, 2015, on the following:

Eric Lipper
Whitney N. Rawlinson
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
*Attorneys for Alicia Bryan Haynes*

Biff Pennypacker
Wilson, Pennypacker & Thompson LLP
8620 N. New Braunfels, Suite 101
San Antonio, Texas 78217
*Attorneys for Alicia Bryan Haynes*

Jo Chris Lopez
Rob Ramsey
Langley & Banack, P.C.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
*Attorneys for Alicia Bryan Haynes*

/s/ Ryan G. Anderson
Ryan G. Anderson